# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

RASHEED NIFAS,

        Petitioner

      v.

FRANK E. LEWIS,  ET AL., B. PENDLETON; F. NEFF; T. SULLENBERGER; T. STEELEY,

        Respondents

: No. 20 WM 2015
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of May, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.